Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:  6:11-bk-24372-WJ

Debtor(s): MARK J. LEWAN
           LAUREN LEWAN
           9932 LOMITA DRIVE
           RANCHO CUCAMONGA, CA  91701

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| LAW OFFICES OF REIKO J HICKS | $114.92 |
| 9320 BASELINE ROAD, SUITE A | |
| RANCHO CUCAMONGA, CA 91701 | |

Dated: 9/29/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON, Chapter 13 Trustee | | | | | | Check: 0368214 | | Date: Sep 28, 2011 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Payee: US BANKRUPTCY COURT | | | | | | | | | |
| Case # | Debtor Name(s) | | | Account # | | Claim # | Payment | Interest | Principal |
| 1124372 | MARK J. & LAUREN LEWAN | | | | | 00000 | 114.92 | 0.00 | 114.92 |
| | | | | | | | | | |
| PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | | | | TOTALS: | 114.92 | 0.00 | 114.92 |

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

MARK J. LEWAN
LAUREN LEWAN
BALANCE: 3,885.08   [0.00 Claim:00000]
ACCT:
PRINCIPAL: 114.92

CASE: 1124372
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0368214**

CHECK DATE | AMOUNT
Sep 28, 2011 | ********114.92**

VOID 45 DAYS FROM DATE

PAY  One Hundred Fourteen And 92 / 100 Dollars

TO THE ORDER OF
**US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501


Rod Danielson

⑈⑈0368214⑈⑈ ⑈:122044300⑈: ⑈⑈030⑈⑈100078⑈⑈